# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 07, 2023

Clerk - Northern District of Florida
U.S. District Court
30 W GOVERNMENT ST
PANAMA CITY, FL 32601

Appeal Number: 22-11772-DD
Case Style: USA v. Vincent Walker
District Court Docket No: 5:20-cr-00012-MW-MJF-1

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers
General Information          404-335-6100
New / Before Briefing Cases  404-335-6135
Cases in Briefing / After Opinion  404-335-6130
Cases Set for Oral Argument  404-335-6141
Capital Cases                404-335-6200
Attorney Admissions          404-335-6122
CM/ECF Help Desk             404-335-6125

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the

# United States Court of Appeals

For the Eleventh Circuit

_____

No. 22-11772

_____

UNITED STATES OF AMERICA,

                                                                                         Plaintiff-Appellee,

*versus*

VINCENT WALKER,

                                                                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 5:20-cr-00012-MW-MJF-1

_____

JUDGMENT

2                                                                  22-11772

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 6, 2023

For the Court: DAVID J. SMITH, Clerk of Court